AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

GENERAL CONSTRUCTION COMPANY,
a Delaware corporation,

            Plaintiff,

v.

BLUEGRASS CONCRETE CUTTING, INC.,
an Alabama corporation; and TRAVELERS
CASUALTY AND SURETY COMPANY OF
AMERICA, a Connecticut corporation,
            Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-203-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff General Construction Company's claims against Travelers Casualty and Surety Company of America and the claims or crossclaims of defendant Bluegrass Concrete Cutting against Travelers Casualty and Surety Company of America, in the above captioned matter, shall be dismissed without prejudice and without costs to any party.

December 26, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer